**Affirm and Opinion Filed December 5, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00523-CR

**JERRY WAYNE FORD, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-76542**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Breedlove

Jerry Wayne Ford was indicted for murder. The jury found appellant guilty, and the court assessed his punishment at life imprisonment. On appeal, appellant's court-appointed attorney filed a brief in which she concluded the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). She also filed an accompanying motion to withdraw as appointed counsel.

Appellant was provided a complete record and advised of his rights to file a pro se response. Appellant filed a pro se response.[1]

The Court of Criminal Appeals has held that when a court of appeals receives an *Anders* brief and a pro se response, the reviewing court has two choices. *Bledsoe v. State*, 178 S.W.3d 824, 826 (Tex. Crim. App. 2005). After conducting an independent examination of the record, "[the appellate court] may determine that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error[.] Or, it may determine that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id*. at 826–27 (internal citations omitted). The appellate court does not address the merits of each claim raised in an *Anders* brief or in a pro se response when it has determined there are no arguable grounds for review. *Id*. at 827.

We have independently reviewed the entire record in this appeal, including counsel's Anders brief[2] and the issues raised in appellant's pro se response. We conclude that no reversible error exists in the record, there are no arguable grounds

---

[1] Appellant's response does not address counsel's *Anders* brief or motion to withdraw but instead argues in four issues that trial counsel was ineffective.

[2] We note that counsel's *Anders* brief was deficient in several areas, failing to address the following: jury selection; jury instructions; any adverse rulings on post-trial motions; sufficiency of the evidence, specifically including a recitation of the elements of the offense and the facts and evidence adduced at trial relevant to those elements; and the arguments in appellant's pro se response. However, as our independent review of the record showed no arguable grounds for review, we note these deficiencies purely to provide guidance to counsel for future *Anders* briefs.

for review, and, therefore, the appeal is wholly frivolous. *See Anders*, 386 U.S. at 744 (reviewing court, and not counsel, determines—after full examination of proceedings—whether appeal is wholly frivolous); *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (reviewing court must determine whether arguable grounds for appeal exist).

We grant counsel's motion to withdraw and affirm the trial court's judgments as modified.

/Maricela Breedlove/

220523f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

MARICELA BREEDLOVE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JERRY WAYNE FORD, Appellant

No. 05-22-00523-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas Trial Court Cause No. F20-76542. Opinion delivered by Justice Breedlove. Justices Partida-Kipness and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 5th day of December, 2023.